```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-6-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MACLEARY,

    Plaintiff,

vs.

CORAM, LLC, CORAM CVS/SPECIALTY INFUSION SERVICES d/b/a CVS,

    Defendants.

Civil Action No.   16-CV-07409

STIPULATION & ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between the parties that this action is dismissed with prejudice against all Defendants, with each side bearing their own attorneys' fees and costs, and waiving all rights of appeal. It is further stipulated and agreed that scanned and emailed signatures for the purpose of this stipulation only shall constitute originals.

Dated:  September __, 2017
        New York, New York

**Daniel Szalkiewicz & Associates, P.C.**
7 Dey Street, Suite 900B
New York, New York 10007
Telephone: 212.706.1007
Facsimile: 914.500.2315
Email: daniel@lawdss.com

*Attorneys for Plaintiff Daniel Macleary Coram*

By: Daniel Szalkiewicz, Esq.
Dated: September __, 2017

**Littler Mendelson, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
Telephone: 973.848.4700
Facsimile: 973.556.1691
Email: mgilroy@littler.com

*Attorneys for Defendant Coram Specialty Infusion Services, Inc. d/b/a CVS/specialty infusion services*

By: Marcy A. Gilroy, Esq.
Dated: September __, 2017
February 5, 2018

SO ORDERED:
Vincent Briccetti USDJ
2/6/2018